# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Darwin Dean, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-cv-804 PAM/JJG |
| v. | ) |
| Superior Asset Management, Inc., | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 2, filed by Plaintiff on May 15, 20098, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**BY THE COURT:**

Dated:  May  21 , 2009       s/Paul A. Magnuson
                                                                   The Honorable Paul A. Magnuson
                                                                   Judge of United States District Court